894 P.2d 117

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Hee | 15434 | 3/24/92 | Affirmed |
| State v. Higa | 15438 | 3/24/92 | Vacated and Remanded |
| State v. Kaaua | 15607 | 4/22/92 | Affirmed |
| State v. Kuamoo (Amended) | 15480 | 4/13/92 | Vacated and Remanded |
| State v. Makaehu | 15735 | 9/04/92 | Vacated and Remanded |
| State v. Pham | 15456 | 3/11/92 | Affirmed |
| Bollag v. Karaviotis | 15752 | 7/01/93 | Granted |
| Inouye v. Swinerton & Walberg Co. | 15556 | 4/15/93 | Denied |
| JLWT Properties, Inc. v. Cavness | 14945, 15041 | 12/03/91 | Denied |
| James v. James | 15793, 15507 | 3/04/93 | Denied |
| Johns v. Bostwick | 15033, 15177 | 2/19/92 | Denied |
| Klein v. Losberg | 15949, 16070 | 7/13/93 | Denied |
| Klein v. Losberg | 15949, 16070 | 7/20/93 | Denied |
| McCain v. Walsh | 14749 | 11/29/91 | Denied |
| Miller v. Manuel | 14837 | 12/13/91 | Denied |
| Parikh v. State | 14832 | 10/17/91 | Denied |
| Poe v. City & County | 15458 | 7/23/92 | Denied |
| State v. Caspino | 15294 | 1/30/92 | Denied |
| State v. Hashimoto | 15095 | 3/02/92 | Denied |
| State v. Kanakanui | 15982 | 6/24/93 | Denied |
| State v. Kuamoo | 15480 | 4/13/92 | Granted |
| State v. Lindsey | 15655 | 8/18/92 | Denied |
| State v. Marushige | 15078 | 1/10/92 | Denied |
| State v. Simeona | 15491 | 3/23/92 | Denied |
| State v. Sindlinger | 15372 | 2/24/92 | Granted |
| State v. Tucker | 15255, 15264 | 9/22/93 | Denied |
| Tyler v. Befurt | 15488 | 1/26/93 | Denied |
| Wang v. Cavness | 14901 | 12/03/91 | Denied |
| State v. Jubilado | 16485 | 3/08/95 | Reversed |
| State v. Johnson | 16410 | 3/10/95 | Affirmed |